UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0042--CV (JKS)
"USA V OFFSHORE SYSTEMS INC"

Including terminated parties, excluding terminated counsel

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 02/28/05
            Closed: 09/21/05

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (240) Torts to land

            Origin: (1) Original Proceeding
            Demand: 1000+
        Filing fee: Waived
          Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | Susan J. Lindquist<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1 | OFFSHORE SYSTEMS INC | Jeffrey M. Feldman<br>Feldman Orlansky & Sanders<br>500 L Street, Suite 400<br>Anchorage, AK 99501<br>907-272-3538 |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0042--CV (JKS)
                         "USA V OFFSHORE SYSTEMS INC"

                              For all filing dates
```

   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 02/28/05
            Closed: 09/21/05

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (240) Torts to land

            Origin: (1) Original Proceeding
            Demand: 1000+
        Filing fee: Waived
          Trial by: Jury


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 02/28/05 | Complaint filed; Summons issued. |
| 2 - 1 | 03/22/05 | DEF 1 Answer and Counterclaims. |
| 3 - 1 | 03/22/05 | DEF 1 Jury Demand. |
| 4 - 1 | 03/22/05 | PLF 1; DEF 1 motion for early neutral evaluation. |
| 5 - 1 | 04/12/05 | PLF 1 Unopposed motion to set early neutral evaluation for 6/29/05. |
| 6 - 1 | 04/18/05 | JKS Minute Order granting unoppo mot to set early neutral evaluation for 6/29/05 (5-1); terminating in light of this order: motion for early neutral evaluation (4-1); ENE set 6/29/05 @ 9:00 a.m. before Judge Holland w/att guidelines. cc: cnsl, Judge Holland |
| 7 - 1 | 05/10/05 | PLF 1 Answer to Counterclaim. |
| 8 - 1 | 06/21/05 | PLF 1; DEF 1 Stipulation to submit documents & brief to ENE evaluator. |
| 9 - 1 | 06/27/05 | HRH Order approving stip to submit docs & brief to ENE evaluator (8-1). cc: cnsl, Judge Singleton |
| 10 - 1 | 07/05/05 | HRH Minute Order that case settled as result of early neutral evaluation; plr to submit closing papers or stat rpt by 7/29/05. cc: cnsl, Judge Singleton |
| 11 - 1 | 08/24/05 | PLF 1 Status Report. |
| 12 - 1 | 09/16/05 | DEF 1 Notice of change of firm name. |
| 13 - 1 | 09/19/05 | PLF 1; DEF 1 Stipulation to dismissal of action w/prejudice. |
| 14 - 1 | 09/21/05 | JKS Order granting stipulation to dismissal of action w/prejudice (13-1). cc: cnsl |